# DeutschKerrigan

755 Magazine Street
New Orleans, LA 70130
T. 504 593 0653
F. 504 566 4053
smount@deutschkerrigan.com

Sean P. Mount

April 22, 2020

**Via Email – beng@spsr-law.com**
Benjamin Grau
Simon, Peragine, Smith & Redfern, LLP
1100 Poydras St. 30th Floor
New Orleans, LA 70163

**Via Email – billy@semmlaw.com**
William P. Gibbens
Schonekas, Evans, McGoey & McEachin, LLC
909 Poydras St., Ste. 1600
New Orleans, LA 70112

RE: Clean Pro Carpet & Upholstery, Inc., et al v. Upper Pontalba of Old Metairie Condominium, et al
24th JDC #803-774; Div.: "F"
Deutsch Kerrigan File No.: 02694-00007

Dear Counsel:

As you are already aware, we have been retained to represent the interests of the defendant insurers in the above-referenced matter. We spoke to each of you regarding arbitration of the case, as the relevant insurance policy contains an arbitration clause. To that end, I am attaching a copy of the policy for your review. As you can see from the **AMRISC COMMERCIAL PROPERTY COMPASS FORM**, arbitration is directed under this policy.

I specifically direct your attention to SECTION VII – CONDITIONS, C. ARBITRATION CLAUSE, which provides as follows:

> C. ARBITRATION CLAUSE: All matters in difference between the Insured and the Companies (hereinafter referred to as "the parties") in relation to this insurance, including its formation and validity, and whether arising during or after the period of this insurance, shall be referred to an Arbitration Tribunal in the manner hereinafter set out.
>
> Unless the parties agree upon a single Arbitrator within thirty days of one receiving a written request from the other for Arbitration, the Claimant (the party requesting Arbitration) shall appoint his Arbitrator and give written notice thereof to the Respondent. Within thirty days or receiving such notice, the Respondent shall appoint his Arbitrator and give written notice thereof to the Claimant, failing which the Claimant may nominate an Arbitrator on behalf of the Respondent.
>
> Should the Arbitrators fail to agree, they shall appoint, by mutual agreement only, an Umpire to whom the matter in difference shall be referred.

Deutsch Kerrigan, L.L.P.


EXHIBIT 2

Unless the parties otherwise agree, the Arbitration Tribunal shall consist of persons employed or engaged in a senior position in Insurance underwriting or claims.

The Arbitration Tribunal shall have power to fix all procedural rules for the holding of the Arbitration including discretionary power to make orders as to any matters which it may consider proper in the circumstances of the case with regard to pleadings, discovery, inspection of documents, examination of witnesses and any other matter whatsoever relating to the conduct of the Arbitration and may receive and act upon such evidence whether oral or written strictly admissible or not as it shall in its discretion think fit.

All costs of the Arbitration shall be in the discretion of the Arbitration Tribunal who may direct to and by whom and in what manner they shall be paid.

The seat of the Arbitration shall be in New York and the Arbitration Tribunal shall apply the law of New York as the proper law of this insurance.

The Arbitration Tribunal may not award exemplary, punitive, multiple or other damages of a similar nature.

The award of the Arbitration Tribunal shall be in writing and binding upon the parties who covenant to carry out the same. If either of the parties should fail to carry out any award the other may apply for its enforcement to a court of competent jurisdiction in any territory in which the party in default is domiciled or has assets or carries on business.

In that regard, please be advised that our client fully intends to invoke any arbitration provisions, but more importantly, to remove this matter to federal court based upon the Federal Arbitration Act and the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards. 21 U.S. 22571, implemented by 9 U.S.C. Section 201, et seq. A removal will be filed within thirty (30) days of the date of this letter.

If you have any questions, or would like to discuss this in any further detail, please do not hesitate to call. We appreciate and thank you for your prompt attention and assistance in this regard.

With kind regards, we remain

Sincerely,

*Sean MPD*

**SEAN P. MOUNT**
**ANNE E. MEDO**

SPM/AEM/hc